THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT BERGSTROM, Appellant.

People v. Bergstrom, 181 App. Div. 912, appeal withdrawn.
(Argued March 18, 1918; decided March 19, 1918.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 21, 1917, which affirmed an order of the Schenectady County Court affirming a judgment of the Police Court of the city of Schenectady convicting the defendant of a violation of section 2145 of the Penal Law in exhibiting moving pictures on Sunday.

Gustavus A. Rogers for motion.

John R. Parker opposed.

Motion granted.